## Lansdowne-Aldan Joint School System Appeal.

Argued September 22, 1970. *Melvin G. Levy*, with him *Levy and Levy*, for appellant; *Donald M. McCurdy*, with him *Philip B. Driver, Jr.*, and *Fox and McCurdy*, for Interboro Joint School System, intervening appellee; *Patrick H. Washington*, Deputy Attorney General, with him *Fred Speaker*, Attorney General, for State Board of Education, appellee.

Decree affirmed.